## Commonwealth *v.* Klimczak, Appellant.

Submitted March 17, 1969. *Harry L. Green, Jr.*, Assistant Public Defender, for appel-

768

lant; *Richard A. Devlin* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.